## <u>CERTIFICATE OF SERVICE</u>

I, Konrad R. Krebs, certify that I served a copy of the foregoing, *Nautilus Insurance Company Answer and Affirmative Defenses to Defendants Motel Management Services, Inc., D/B/A Neshaminy Inn, Mary Etzrodt Trust and NI45 LLC's Counterclaim,* via the court's ECF system on this date upon all counsel of record.

**WHITE AND WILLIAMS LLP**

BY: <u>/s/ Konrad R. Krebs</u>
   Konrad R. Krebs

Dated: September 15, 2020