UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NAUTILUS INSURANCE COMPANY,

    Plaintiff

  v.

MOTEL MANAGEMENT SERVICES INC.
d/b/a NESHAMINY INN, *et al.*,

    Defendants

Civil Action No. 2:20-cv-1607-CMR

**Order**

AND NOW, this ___ day of _____ 2020, upon consideration of the motion for judgment on the pleadings of Plaintiff, Nautilus Insurance Company, pursuant to Federal Rule of Civil Procedure 12(c), and any response thereto, and good cause appearing, it is hereby ORDERED and DECREED that said motion is **GRANTED**, and judgment in favor of Nautilus Insurance Company and against the Defendants is hereby entered declaring that Nautilus Insurance Company owes no duty to defend or indemnify Motel Management Services, Inc. d/b/a Neshaminy Inn, The Mary Etzrodt Real Estate Trust and NI45, LLC in either of the underlying actions, *G.D. v. Knights Inn of Trevose, et al.*, Court of Common Pleas, Philadelphia County, Pennsylvania, No. 191202631, and *N.Z. v. v. Knights Inn of Trevose, et al.*, Court of Common Pleas, Philadelphia County, Pennsylvania, No. 191202642.

**BY THE COURT:**

_____