## CERTIFICATE OF SERVICE

I, Anthony L. Miscioscia, Esquire certify that a true and correct copy of Nautilus's Motion for Judgment on the Pleadings and Memorandum of Law in Support, was served via the court's ECF system on this date upon the following:

**GLENN F. ROSENBLUM**
**JEFFREY R. LERMAN**
MONTGOMERY, MC CRACKEN, WALKER & RHOADS, LLP.
1735 MARKET STREET, 19th FLOOR
PHILADELPHIA, PA 19109
215-772-1500
Fax: 215-772-7620
grosenblum@mmwr.com
jlerman@mmwr.com

**EMILY MARKS**
**NADEEM A. BEZAR**
KLINE & SPECTER, P.C.
1525 LOCUST STREET
PHILADELPHIA, PA 19102
215-772-1000
emily.marks@klinespecter.com
nadeem.Bezar@klinespecter.com

**WHITE AND WILLIAMS LLP**

Dated: September 22, 2020       BY:       s/ Anthony L. Miscioscia
                                          Anthony L. Miscioscia, Esq.
                                          Justin K. Fortescue, Esq.
                                          1650 Market Street, Suite 1800
                                          Philadelphia, PA 19103-7395
                                          (215) 864 6218
                                          (215) 864 6823
                                          *Attorneys for Plaintiff,*
                                          *Nautilus Insurance Company*

25318736v.1