## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, one true and correct copy of the foregoing **Motion for Judgment on the Pleadings and Brief in Support of Motion for Judgment on the Pleadings of Defendants Motel Management Services, Inc., D/B/A Neshaminy Inn, Mary Etzrodt Trust and NI45, LLC** will be served via the court's electronic filing system upon:

>Anthony L. Miscioscia, Esquire
>Konrad Krebs, Esquire
>Justin K. Fortescue, Esquire
>White & Williams LLP
>1650 Market Street, Suite 1800
>Philadelphia, PA  19103
>
>Nadeem A. Bezar, Esquire
>Emily Marks, Esquire
>Kline & Specter, P.C.
>1525 Locust Street
>Philadelphia, PA  19102

Date:  September 22, 2020          */s/ Glenn F. Rosenblum*
                                   Glenn F. Rosenblum