# CERTIFICATE OF SERVICE

I, Anthony L. Miscioscia, Esquire, hereby certify that on this date I served true and correct copies of Nautilus Insurance Company's Response in Opposition to Defendants' Motion for Judgment on the Pleadings and Memorandum of Law in Support upon all counsel of record via the Court's ECF system:

**GLENN F. ROSENBLUM**
**JEFFREY R. LERMAN**
MONTGOMERY, MC CRACKEN, WALKER & RHOADS, LLP.
1735 MARKET STREET, 19th FLOOR
PHILADELPHIA, PA 19109
215-772-1500
Fax: 215-772-7620
grosenblum@mmwr.com
jlerman@mmwr.com

**EMILY MARKS**
**NADEEM A. BEZAR**
KLINE & SPECTER, P.C.
1525 LOCUST STREET
PHILADELPHIA, PA 19102
215-772-1000
emily.marks@klinespecter.com
nadeem.Bezar@klinespecter.com

**WHITE AND WILLIAMS LLP**

Dated: October 20, 2020          BY:   *s/ Anthony L. Miscioscia*
                                      Anthony L. Miscioscia, Esq. (PA ID # 69215)
                                      Justin K. Fortescue, Esq. (PA ID # 203999)
                                      1650 Market Street, Suite 1800
                                      Philadelphia, PA 19103-7395
                                      (215) 864 6356
                                      (215) 864 6823
                                      *Attorneys for Plaintiff,*
                                      *Nautilus Insurance Company*