# Exhibit A

Google     molestation and abuse insurance

All    News    Videos    Images    Maps    More      Settings    Tools

About 1,440,000 results (0.31 seconds)

www.greatamericaninsurancegroup.com › for-businesses
### Abuse or Molestation Insurance - Specialty Human Services ...
This is because other **insurance** industry **abuse coverage** forms often reduce the amount of **insurance** limits available to pay for Professional or General Liability ...

www.greatamericaninsurancegroup.com › default-source   PDF
### Abuse or Molestation - Great American Insurance Group
Separate **coverage** limits. Our Professional Liability limits are separate from the Commercial General. Liability and **Abuse** or **Molestation coverage** parts.

www.rainn.org › about-national-sexual-assault-telephon...
### About the National Sexual Assault Telephone Hotline | RAINN
When you call 800.656.HOPE (4673), you'll to be routed to a local sexual assault service provider in your area. Trained staff can provide confidential support ...

www.generalstar.com › primary-and-excess-liability › s...
### Sexual Abuse and Molestation - General Star
Stand-Alone **Sexual Abuse** and **Molestation** Incident **Coverage** or; Combined Commercial General Liability Including Products and and Completed Operations

cultureofsafety.thesilverlining.com › childcare › abuse-...
### Abuse and Molestation Insurance for Daycares | Culture of ...
One of the most important and misunderstood childcare **insurance** coverages is for claims of physical **abuse** and sexual **molestation**. No daycare can afford to ...

www.thehartford.com › sites › files › LLSAM-brochure_   PDF
### Protect your school against sexual abuse and ... - The Hartford
LLSAM provides defense (outside of liability limits) and liability **coverage** of $1 million per **sexual abuse** injury on our General Liability Choice, with umbrella.

communityinsurancegroup.com › Risk Management
### Addressing Abuse and Molestation Liability Through Insurance
The possibility of a costly **abuse** claim arising is a very real threat for organizations that provide care or services to vulnerable populations, including children, the ...

insurancefornonprofits.org › coverages › nonprofits-own
### Improper Sexual Conduct and Physical Abuse Liability ...
The intent of this **coverage** is to respond to allegations of **sexual abuse**. This should not be confused with sexual harassment, which is more appropriately ...

www.markelinsurance.com › specialty › forms › mgl102   PDF
### abuse or molestation coverage - Markel Insurance
With respect to **coverage** provided by this endorsement, the provisions of the Commercial General Liability **Coverage**. Form apply unless modified by this ...

www.pillsburylaw.com › news-and-insights › how-far-...
### How Far Does Your Sexual Abuse Liability Coverage Extend?
Dec 12, 2019 — If faced with continuous injury claims based on past acts of **sexual abuse**, will an **insured's** general liability policies with **sexual abuse coverage** ...

Google    nautilus churches or worship    ✕   🎤   🔍 

Q All    🖼 Images    📰 News    🛒 Shopping    ▶ Videos    ⋮ More      Settings    Tools

About 3,170,000 results (0.31 seconds)

Did you mean: nautilus churches *of* worship

neee.com › client_media › files › Nautilus A154 0116 ... ▾   PDF
### Nautilus A154 0116 Churches or Other Houses of Worship ...
**Churches** or Other Houses of **Worship** Supplemental Application. COMPLETE IN ADDITION TO THE APPLICABLE ACORD APPLICATIONS. All questions must ...

www.jsausa.com › site › mdocs-posts › nautiluschurches-... ▾
### Nautilus Churches of Other Houses of Worship Supplemental ...
**Nautilus Churches** of Other Houses of **Worship** Supplemental Application. Download. - Stars (0). 112 Downloads. Owner: Jackson Sumner and Associates.

coronavirus.nautil.us › is-it-safe-to-go-to-religious-servi... ▾
### Is it safe to go to religious services? - Nautilus
May 22, 2020 — ... CDC recommends avoiding physical contact at houses of **worship** ... further spread of the virus by reevaluating common **church** practices.

myemail.constantcontact.com › Nautilus-News-October-... ▾
### Nautilus News October 8, 2020 - Constant Contact
The Cathedral hosts Grace **Church** of Vineyard Haven this Sunday. ... When you click on a ZOOM **worship** link you will be places into a "Waiting Room" until the ...

myemail.constantcontact.com › Nautilus-News-Septemb... ▾
### Nautilus News September 24, 2020 - Constant Contact
Sep 24, 2020 — The Rev. Cynthia Pape, Deacon,. Cathedral **Church** of St. Paul. ... All are welcome here. Join us for **worship** Thursday 7 pm at this zoom link :.

www.pinterest.com › ... › Revival Architecture ▾
### English Catholic Church by ~Gaelic-nautilus on deviantART ...
Anglican **church** in London, UK, noted for its Anglo-Catholic **worship** and choir. Ornate Victorian Gothic building designed 1850 by William Butterfield.

www.wbur.org › radioboston › 2012/03/28 › st-paul-c... ▾
### After 190 Years, St. Paul's Church To Finish Construction On ...
Mar 28, 2012 — St. Paul&#039;s **Church** on the Boston Common will soon be topped by a backlit ... the **church** has done just that, serving as a house of **worship** for people of all ... "The **nautilus** is evocative of so much more than the **church**.

en.wikipedia.org › wiki › Sacral_architecture ▾
### Sacral architecture - Wikipedia
Sacral architecture is a religious architectural practice concerned with the design and construction of places of **worship** or sacred or intentional space, such as **churches**, mosques, ... The Temple at Independence, Missouri was conceived by Japanese architect Gyo Obata after the concept of the chambered **nautilus**.

m.facebook.com › posts ▾ Translate this page
### The Cathedral Church of St Paul, Boston - Facebook
Sep 11, 2020 — Check out this week's **Nautilus** News. https://conta.cc/2Ad3Eiu.

🖼   **Images for nautilus churches or worship**

Agency Name:
Address:
Contact Name:
Phone:
Fax:
Email:

# Churches or Other Houses of Worship Supplemental Application
## COMPLETE IN ADDITION TO THE APPLICABLE ACORD APPLICATIONS

All questions must be answered in full. Application must be signed and dated by the applicant.

Applicant Name _____   Agent _____

_____   _____

Applicant Mailing Address _____   Applicant Phone Number _____

_____   Web Address _____

_____   Inspection Contact _____

Proposed Policy Period _____ to _____   Phone Number for Inspection Contact _____

Applicant is ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☐ Other _____

Location #1 _____
Location #2 _____
Location #3 _____

**GENERAL LIABILITY**

1. Date church established: _____   Size of congregation: _____
2. Denomination affiliation? _____
3. Physical description of facility: # of stories _____ Bldg. sq. footage _____ Portion occupied _____
4. Does the applicant sponsor or host any special events?   ☐ Yes ☐ No
   If yes, complete S305 Special Event Application
5. Are there any foreign operations or exposures (e.g. missionaries going abroad)?   ☐ Yes ☐ No
6. If child-sitting/nursery operations during church / religious services, is there a sign in and sign out procedure for the children?   ☐ Yes ☐ No
7. Are there written hiring procedures for all employees, volunteers, etc.?   ☐ Yes ☐ No
   Do hiring procedures include the following? (check all that apply)
   ☐ Background Check (including criminal records)     ☐ Previous employers
   ☐ Fingerprint check                                 ☐ Personal references

**PASTORAL PROFESSIONAL LIABILITY**

1. Number of pastors: _____

   **PASTORAL PROFESSIONAL LIABILITY** (You May Only Select One Option)

   | | | |
   |---|---|---|
   | ☐ | $ 100,000 Each Wrongful Act | $ 300,000 Aggregate |
   | ☐ | $ 300,000 Each Wrongful Act | $ 300,000 Aggregate |

2. Has the organization or any of its past or present directors, officers, trustees, committee members, employees or anyone acting in a ministerial capacity ever been involved in a lawsuit or claim for any professional liability services, including but not limited to pastoral counseling or other counseling services?  ☐ Yes ☐ No

   Does applicant offer counseling services? (If yes, complete below)  ☐ Yes ☐ No

   | TYPES OF COUNSELING SERVICES | % OF OPERATIONS (MUST TOTAL 100%) |
   |---|---|
   | ☐ Family | |
   | ☐ Marital | |
   | ☐ Criminal | |
   | ☐ Crisis Intervention | |
   | ☐ Sexual offenders | |
   | ☐ Narcotics | |
   | ☐ Alcohol | |
   | ☐ Domestic Abuses | |
   | ☐ Other counseling (specify): | |

   a. Are church members referred to specialists when appropriate (ex: psychiatrist)?  ☐ Yes ☐ No

   b. Does the applicant have any pastors or clergy that maintain current counseling licenses or possess a professional designation, certificate, or degree?  ☐ Yes ☐ No

   c. Are written procedures in place to protect the confidentiality of church members?  ☐ Yes ☐ No

**ABUSE OR MOLESTATION COVERAGE** ☐ **N/A**

1. Does applicant have a formal, written policy regarding abuse?  ☐ Yes ☐ No
2. Is the staff trained to recognize signs of abuse?  ☐ Yes ☐ No
3. Is there a formal policy requiring incident reporting?  ☐ Yes ☐ No
4. Is there a procedure in place that helps mitigate situations that could lead to abuse allegations?  ☐ Yes ☐ No
5. Has the organization or any of its past or present directors, officers, trustees, committee members, employees or anyone acting in a ministerial capacity ever been involved in a lawsuit or claim for sexual abuse, misconduct or molestation, or has any charge or arrest been made against said person for the same?  ☐ Yes ☐ No

**OPTIONAL EXPOSURES:**
   **SCHOOLS:**

1. Does the organization operate a school (kindergarten or higher)?  ☐ Yes ☐ No
   If yes, please submit to Underwriting and complete the following questions.
2. Does the school carry either a regional or national accreditation?  ☐ Yes ☐ No ☐ N/A
3. Is the applicant properly licensed?  ☐ Yes ☐ No ☐ N/A
4. Maximum student capacity: _____  Current enrollment: _____
5. Provide a list of extracurricular activities and confirm waivers are signed by parents.
6. Do you have dormitories?  ☐ Yes ☐ No ☐ N/A

7. Do you accept special needs students? ☐ Yes ☐ No ☐ N/A
   If yes, explain:_____
   Does applicant employ qualified individuals to handle these children and their specific needs? ☐ Yes ☐ No ☐ N/A

**CAMPS:**

1. Does the organization have day camp operations? ☐ Yes ☐ No
   If yes, complete the following questions
   2. Total number of days the camp is in operation during the policy period: _____
   Total number of campers per day: _____
3. Are there water exposures on premises (beaches, lakes, swimming pools)? ☐ Yes ☐ No ☐ N/A
4. Provide details of all activities offered _____
   _____
5. Are there any off-premises exposures or field trips? ☐ Yes ☐ No ☐ N/A
6. Staff to camper ratio: _____

**DAY CARE:**

1. Does the organization operate a day care? ☐ Yes ☐ No
   If yes, complete the following questions:
   Food prepared on premises? ☐ Yes ☐ No ☐ N/A
   Is kitchen arranged so that the children do not have access to it? ☐ Yes ☐ No ☐ N/A
   Indicate all safety equipment located on premises.
   ☐ Smoke detectors     ☐ Lighted exit signs     ☐ Fire extinguishers
   ☐ Sprinklers          ☐ Child safety equipment ☐ Fire alarms
   Are all of the above inspected annually? ☐ Yes ☐ No ☐ N/A
6. Have premises been inspected for compliance with building codes and health standards? ........ ☐ Yes ☐ No
   Has the facility been cited for health, safety or building code violations during last 3 years? ...... ☐ Yes ☐ No
7. Is safety education provided for children? ................................................................................ ☐ Yes ☐ No
   Are fire drills conducted? ........................................................................................................... ☐ Yes ☐ No
8. Is there an outdoor play area? .................................................................................................. ☐ Yes ☐ No
   Is it fenced? ............................................................................................................................... ☐ Yes ☐ No
   Describe ground cover of the play area.
   ___% Grass       ___% Dirt        ___% Sand          ___% Concrete
   ___% Rock        ___% Blacktop    ___% Wood chips    ___% Other _____
9. Describe outdoor play equipment, including any unusual or special equipment. _____
   _____
   Is all playground equipment properly anchored? ....................................................................... ☐ Yes ☐ No
10. Any swimming facilities on premises? ..................................................................................... ☐ Yes ☐ No
    ☐ Above Ground         ☐ Depth of Water _____    ☐ Diving board – Height _____
    ☐ Below Ground         ☐ Fence – Height _____    ☐ Self-Locking Gate
    ☐ Teach / Child Ratio _____  ☐ Age Levels of Participation _____   ☐ Waivers signed for Participation

11. Do you offer off-premises activities? ................................................................................ ☐ Yes ☐ No
    If yes, describe: _____
    What age levels participate? _____
    Chaperon to child ratio? _____
12. Does the applicant provide before and after school care? ................................................ ☐ Yes ☐ No
    If yes, explain how children are transported. _____
    _____

13. Are procedures in place to verify that all after school children are accounted for? .......... ☐ Yes ☐ No
14. Is there a formal drop off and pick up procedure in place? ............................................. ☐ Yes ☐ No
    Describe. _____
    15. Is the risk licensed by the state? ☐ Yes ☐ No
        If yes, provide license # _____ and Expiration Date _____

        How long has applicant been licensed? _____ Indicate number of children licensed to handle: _____

        Hours of Operation _____ AM _____ PM  Days of Week Open ☐Sun ☐M ☐Tu ☐Wed ☐Th ☐Fr ☐Sat
        Average daily attendance _____ (Note: Supporting documentation must be available to qualify response)
16. Indicate the number of children and the number of attendants assigned to each age group:

| AGE GROUP | # OF CHILDREN | # OF ATTENDANT | FULL TIME (F/T) OR PART TIME (P/T) CARE |
|---|---|---|---|
| 2 MONTHS TO 24 MONTHS | ___ | ___ | ___ (F/T) ___ (P/T) |
| 25 MONTHS TO 3 YEARS | ___ | ___ | ___ (F/T) ___ (P/T) |
| 4 YEARS TO 6 YEARS | ___ | ___ | ___ (F/T) ___ (P/T) |
| BEFORE/AFTER SCHOOL AGE | ___ | ___ | ___ (F/T) ___ (P/T) |

17. Are "special needs" children cared for? ........................................................................... ☐ Yes ☐ No
    If yes, explain _____
    _____
    Is applicant staffed with qualified individuals to handle these children and their special needs? . ☐ Yes ☐ No
18. Describe qualifications of applicant (include education, years of experience and special training) _____
    _____
    _____

19. Are there any licensed teachers? .................................................................................... ☐ Yes ☐ No
    Any nurse or health care professionals employed? ........................................................... ☐ Yes ☐ No
    Are all staff members 18 years or older? ........................................................................... ☐ Yes ☐ No
    If no, explain. _____
    _____

20. Describe applicant's policy on illness (when sick children can and can not be in attendance). _____
    _____
    _____

21. Describe how an injury or illness is handled (**Attach** formalized procedures on the handling of emergencies).
_____
_____
_____

22. Does applicant maintain a record of medical information (allergies, regular medications, doctor name and phone number, emergency numbers of parents etc.)? ................................................................ ☐ Yes ☐ No

    Does applicant require parents to provide medical care release? ............................................. ☐ Yes ☐ No

    Do you dispense medication? ................................................................................................. ☐ Yes ☐ No

    Are all medications kept in a locked cabinet? ......................................................................... ☐ Yes ☐ No

23. **Attach** a copy of the applicant's rules and discipline policy.

### PLEASE READ BELOW AND COMPLETE SIGNATURE BLOCK ON LAST PAGE

I have reviewed this application for accuracy before signing it. As a condition precedent to coverage, I hereby state that the information contained herein is true, accurate and complete and that no material facts have been omitted, misrepresented or misstated. I know of no other claims or lawsuits against the applicant and I know of no other events, incidents or occurrences which might reasonably lead to a claim or lawsuit against the applicant. I understand that this is an application for insurance only and that completion and submission of this application does not bind coverage with any insurer.

**IMPORTANT NOTICE:** As part of our underwriting procedure, a routine inquiry may be made to obtain applicable information concerning character, general reputation, personal characteristics, and mode of living. Upon written request, additional information as to the nature and scope of the report, if one is made, will be provided.

### FRAUD STATEMENT FOR THE STATE(S) OF:

**Alabama, Alaska, Arizona, Arkansas, California, Connecticut, Delaware, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, North Carolina, North Dakota, Rhode Island, South Carolina, South Dakota, Texas, Utah, Vermont, West Virginia, Wisconsin, Wyoming**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Florida:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Hawaii:** Intentionally or knowingly misrepresenting or concealing a material fact, opinion or intention to obtain coverage, benefits, recovery or compensation when presenting an application for the issuance or renewal of an insurance policy or when presenting a claim for the payment of a loss is a criminal offense punishable by fines or imprisonment, or both.

**Kansas:** Any person who commits a fraudulent insurance act is guilty of a crime and may be subject to restitution, fines and confinement in prison. A fraudulent insurance act means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer or insurance agent or broker, any written, electronic, electronic impulse, facsimile, magnetic, oral or telephonic communication or statement as part of, or in support of, an application for insurance, or the rating of an insurance policy, or a claim for payment or other benefit under an insurance policy, which such person knows to contain materially false information concerning any material fact thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

**Kentucky, Ohio, Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine, Tennessee, Virginia, Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or a denial of insurance benefits.
**Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.
**New Jersey:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.
**New Mexico:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.
**New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.
**Oklahoma** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.
**Oregon:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents materially false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison.

| | | | |
|---|---|---|---|
| Producer's Signature | Date | Applicant's Signature | Date |